USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
KIBIBI ALEXANDER, :
:
                    Plaintiff, :
: 20-cv-10494 (LJL)
   -v- :
: ORDER
:
AVIS BUDGET GROUP, INC. and AVIS RENT A CAR :
SYSTEM, LLC, :
:
                    Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The parties in this matter have reached a settlement in principle. *See* Dkt. No. 24. The case was brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. Under current Second Circuit law, any settlement—including any proposed attorney's fee award—must be scrutinized by the Court to ensure that it is fair. *See Fisher v. SD Protection Inc.*, 948 F.3d 593, 600 (2d. Cir. 2020); *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

    The parties are directed to appear telephonically for a settlement approval hearing on **July 13, 2021 at 10:00 a.m.** Plaintiff shall appear at the hearing and, if necessary, with an interpreter. The parties are directed to dial (888) 251-2909 and use the access code 2123101.

    SO ORDERED.

Dated: June 30, 2021
       New York, New York
                                                 LEWIS J. LIMAN
                                                 United States District Judge