USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KIBIBI ALEXANDER,

                  Plaintiff,

      -v-

AVIS BUDGET GROUP, INC. and
AVIS RENT A CAR SYSTEM, LLC,

                Defendants.
------------------------------------------------------------------X

20-cv-10494 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    A hearing on the settlement was held on July 13, 2021 and memorialized by transcript. For the reasons stated at that hearing, the Court finds that the settlement is fair and reasonable and approves Plaintiff's counsel's request for attorneys' fees and costs. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206-07 (2d Cir. 2015); *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012); *see also Fisher v. SD Protection Inc.*, 948 F.3d 593, 600 (2d Cir. 2020).

    SO ORDERED.

Dated: July 13, 2021
       New York, New York

                                                LEWIS J. LIMAN
                                                United States District Judge